IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAACO FRANCHISING, INC.      :          CIVIL ACTION
                                       :
             v.                     :
                                       :
JAMES C. ROLLINS, et al.        :          NO. 13-766
                                       :

## <u>ORDER</u>

**AND NOW,** this 13th day of May, 2013, upon consideration of Defendants' "Motion to Vacate Default" (Docket No. 9), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED. IT IS FURTHER ORDERED** that the Entry of Default against Defendants, entered on the docket on March 19, 2013, shall be **SET ASIDE.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.